# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESSERA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 12-852-SLR |
| | ) |
| AMKOR TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tessera, Inc. and Defendant Amkor Technology, Inc., by and through their counsel of record, stipulate as follows:

1. This action, including all claims for relief, causes of action, counterclaims and defenses, shall be and hereby is DISMISSED WITH PREJUDICE;

2. The parties waive all rights of appeal;

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.


POTTER ANDERSON & CORROON LLP             MORRIS, NICHOLS, ARSHT & TUNNELL LLP


By:   */s/ Philip A. Rovner*                By:   */s/ Karen Jacobs*
      Philip A. Rovner (#3215)                    Jack B. Blumenfeld (#1014)
      Jonathan A. Choa (#5319)                    Karen Jacobs (#2881)
      Hercules Plaza                              Michael J. Flynn (#5333)
      P.O. Box 951                                1201 N. Market Street
      Wilmington, DE  19899                       P.O. Box 1347
      (302) 984-6000                              Wilmington, DE 19899-1347
      provner@potteranderson.com                  (302) 658-9200
      jchoa@potteranderson.com                    jblumenfeld@mnat.com
                                                  kjacobs@mnat.com
                                                  mflynn@mnat.com

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jason Sheasby<br>Benjamin W. Hattenbach<br>H. Annita Zhong<br>Stephen A. Rossi<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>(310) 203-1010<br><br>*Attorneys for Plaintiff*<br>*Tessera, Inc.* | Ronald J. Pabis, Esq.<br>Greenberg Traurig, LLP<br>2101 L Street, NW<br>Suite 1000<br>Washington, DC  20037<br><br>Martin J. Black, Esq.<br>Robert W. Ashbrook, Jr., Esq.<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br><br>Stephen J. Akerley, Esq.<br>Dechert LLP<br>2440 W. El Camino Real<br>Suite 700<br>Mountain View, CA 94040-1499<br><br>*Attorneys for Defendant Amkor Technology,*<br>*Inc.* |

SO ORDERED this _____ day of _____, 2015.

_____
United States District Judge

1178345